THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Julian Ford, Appellant,
 
 
 
 
 

v.

 
 
 
 
 State of South Carolina, Respondent.
 
 
 
 
 

Appeal From Kershaw County
 G. Thomas Cooper, Jr., Circuit Court
Judge

Unpublished Opinion No.  2010-UP-276
Submitted May 3, 2010  Filed May 19, 2010

AFFIRMED

 
 
 
 Julian Ford, pro se, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, and Assistant Attorney General Brian Petrano, all of
 Columbia, for Respondent.
 
 
 

PER CURIAM:  Julian Ford appeals the circuit court's
 dismissal of his petition for habeas corpus.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  Keeler v.
 Mauney, 330 S.C. 568, 571, 500 S.E.2d 123, 124 (Ct. App. 1998) (holding a
 prisoner is procedurally barred from bringing a writ of habeas corpus in
 circuit court when the issues alleged are cognizable in post-conviction relief
 applications, and if procedurally barred, a prisoner's only avenue of relief is
 to bring a habeas corpus petition in the original jurisdiction of our state's
 supreme court).
AFFIRMED.
KONDUROS, GEATHERS, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.